## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In Re:

                                                Case No.  14-30812 KAC

Eric H Sandrock and Kimberly A Sandrock,

    Debtors

### ORDER FOR RELIEF FROM STAY

    This case is before the court on the motion of CitiMortgage, Inc., seeking relief from the automatic stay.  Based on the motion and the file;

**IT IS ORDERED:**

    The automatic stay is modified to allow CitiMortgage, Inc. to foreclose its mortgage on the real property, in accordance with state law, legally described as:

    The South 3/8 of Lot 2, All of Lot 3 and the North 1/2 of Lot 4, all in Block 42, Curtis Survey Addition in the Town of St. Cloud City (now a part of the City of St. Cloud) according to the Plat and Survey of said Town made by T.A. Curtis, Stearns County, Minnesota.

Dated: _May 12, 2014_____

                                                             /e/ Katherine A. Constantine

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on **05/12/2014**
Lori Vosejpka, Clerk, by ED